FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRANT GRAY,<br><br>Petitioner,<br><br>vs.<br><br>DERRAL ADAMS, Warden,<br><br>Respondents. | Case No. CV 08-445-GW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Final Report and Recommendation; (2) directing that Judgment be entered denying
3  the Petition and dismissing this action with prejudice; and (3) denying Respondent's
4  Motion to Dismiss as moot.

6  DATED: August 10, 2009     _____
                              HONORABLE GEORGE H. WU
7                             United States District Judge

9  Prepared by:

11 _____
   HONORABLE OSWALD PARADA
12 United States Magistrate Judge