FILED
CLERK, U.S. DISTRICT COURT

AUG 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY D.B. DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GRANT GRAY,<br><br>Petitioner,<br><br>vs.<br><br>DERRAL ADAMS, Warden,<br><br>Respondent. | Case No. CV 08-445-GW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 10, 2009

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge